Horace MILLS v. STATE.

No. 20920.

Court of Criminal Appeals of Texas.

Feb. 14, 1940.

Pace & Goens, of Tyler, and W. D. Justice, of Athens, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for embezzlement; penalty assessed at confinement in the penitentiary for two years.

Appellant has filed a written motion, duly verified, requesting the dismissal of the appeal. The request is granted and the appeal is ordered dismissed.

S. L. AQUILINA, Appellant, v. G. D. DUHON et al., Appellees.

No. 3603.

Court of Civil Appeals of Texas. Beaumont.

Feb. 9, 1940.

Rehearing Denied Feb. 21, 1940.

David Broadus, of Beaumont, for appellant.

Fred White, of Port Arthur, for appellees.

WALKER, Chief Justice.

This is a case of county court jurisdiction; the judgment of the lower court is affirmed without written opinion. Texas & N. O. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040.

Ed GROTE, Plaintiff in Error, v. O. E. CHAFIN, Defendant in Error.

No. 10666.

Court of Civil Appeals of Texas.
San Antonio.

Jan. 31, 1940.

Rehearing Denied Feb. 28, 1940.

Keys & Holt, Hayden W. Head, and Oscar Spitz, all of Corpus Christi, for plaintiff in error.

Rockey Harkey and Miller & Dawson, all of Sinton, for defendant in error.

PER CURIAM.

The judgment of the trial court is affirmed.

E. M. LINKENHOGER, Jr., Appellant, v. J. I. HAILEY, Appellee.

No. 10646.

Court of Civil Appeals of Texas.
San Antonio.

Jan. 17, 1940.

Rehearing Denied March 6, 1940.

E. B. Ward, of Corpus Christi, for appellant.

Kemp, Lewright, Dyer, Wilson & Sorrell, of Corpus Christi, for appellee.

PER CURIAM.

Affirmed without written opinion. Associated Indemnity Corporation, et al. v. J. M. Gatling, Tex.Civ.App., 75 S.W.2d 294.